UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMRICH CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CAUSE NO. 1:17-cv-03294-TWP-TAB |
| | ) |
| CENTENE MANAGEMENT | ) |
| COMPANY, LLC | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a) hereby stipulate and agree that the above-titled action be dismissed in its entirety, with prejudice, each party to bear his/its own costs, attorneys' fees and expenses.

Respectfully submitted,

s/ Jay Meisenhelder
Jay Meisenhelder
JAY MEISENHELDER EMPLOYMENT &
CIVIL RIGHTS LEGAL SERVICES, P.C.
650 North Girls School Road, Suite B20
Indianapolis, IN  46214
jaym@ecrls.com
ATTORNEYS FOR PLAINTIFF

s/ Germaine Winnick Willett
Tami A. Earnhart, Atty. No. 21610-49
Germaine Winnick Willett, Attorney No. 21151-73
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Tami.Earnhart@icemiller.com
germaine.willett@icemiller.com
ATTORNEYS FOR DEFENDANT

I\13080283.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 15, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                Jay Meisenhelder
                JAY MEISENHELDER EMPLOYMENT &
                CIVIL RIGHTS LEGAL SERVICES, P.C.
                650 North Girls School Road, Suite B20
                Indianapolis, IN  46214
                jaym@ecrls.com

                s/ Germaine Winnick Willett
                Germaine Winnick Willett

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana  46282-0200
Telephone: (317) 236-5993
Facsimile: (317) 592-4841
germaine.willett@icemiller.com